ILND 450 (Rev. 04/29/2016)   Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS

Jacquelyn Love

Plaintiff(s),

v.

Martin O'Malley

Defendant(s).

Case No. 23 cv 2728
Judge  Laura K. McNally

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑    other: Judgment is entered in favor of Plaintiff Jacquelyn Love and against Defendant Martin O'Malley.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☑ decided by Judge  Laura K. McNally    on motions for summary judgment [14] and [20].

Date: March 17, 2025        Thomas G. Bruton, Clerk of Court

Lisa K. Provine, Deputy Clerk